UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---------------------------------------------------)
ALLSTATE INDEMNITY COMPANY )
A/S/O MELISSA DORIS )
)
)
                        Plaintiff, )
)
  -against- )
)
BLACK & DECKER (U.S.) INC., )
)
                     Defendant. )
---------------------------------------------------)

Case No.: 5:21-CV-00245 FJS/ATB

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

    IT IS HEREBY STIPULATION AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, with prejudice and without costs to either party as against the other, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii). It is further stipulated that defendant's counterclaims, if any, are also voluntarily dismissed, with prejudice and without costs to either party as against the other, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii). This stipulation may be filed without further notice with the Clerk of the Court.

DATED: April 5, 2022

| | |
|---|---|
| THE STUTTMAN LAW GROUP, P.C. | THORN GERSHON TYMANN AND BONANNI, LLP |
| By: _____ | By: _____ |
| DENNIS D. MURPHY, ESQ. | KYLE N. KORDICH, ESQ. |
| *Attorneys for the Plaintiff* | *Attorneys for the Defendant* |
| 100 Manhattanville Road, Suite 4E20 | 5 Wembly Ct., PO Box 15054 |
| Purchase NY 10577 | Albany NY 12212 |
| (914) 948-8392 | (518) 464-6770 |

Date: April 7, 2022

IT IS SO ORDERED.

_____
Frederick J. Scullin, Jr.
Senior United States District Judge